# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  **-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 05-CR-10

**TROY EBROIS TUCKER**

        **Defendant.**

# ORDER

      Before the Court is the Recommendation of Magistrate Judge Gorence to enter an order denying the defendant's motion to suppress. The Court accepts the Recommendation. The defendant's motion to suppress is **DENIED.**

      Dated at Milwaukee, Wisconsin, this 4th day of May, 2005.

                              **SO ORDERED,**

                              **s/ Rudolph T. Randa**
                              **HON. RUDOLPH T. RANDA**
                              **Chief Judge**